# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL INVESTIGATION & ADJUSTMENT COMPANY, INC.,<br><br>Defendant. | Civil Action No. 25-5677 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff Pension Benefit Guaranty Corporation's ("PBGC") unopposed Motion for Default Judgment against Defendant Commercial Investigation & Adjustment Co., Inc., as Plan Administrator of the Commercial Investigation & Adjustment Co., Inc. Retirement Plan ("Defendant"). (ECF No. 6.) The Court has carefully considered PBGC's submission and decides the matter without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

**IT IS**, on this 17th day of February 2026, **ORDERED** as follows:

1. PBGC's Motion for Default Judgment (ECF No. 6) is **GRANTED**.

2. Pursuant to 29 U.S.C. § 1342(c), the Commercial Investigation & Adjustment Co., Inc. Retirement Plan (the "Plan") is terminated.

3. Pursuant to 29 U.S.C. § 1342(c), PBGC is appointed as statutory trustee of the Plan.

4. Pursuant to 29 U.S.C. § 1348, February 28, 2025, is established as the Plan's termination date.

5. Defendant and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Plan shall transfer, convey, and deliver all such records, assets, and property to PBGC.

2

6.      The Clerk shall close this case.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**